UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



08 CV 5585

------------------------------------------------------------X
FORTIS CORPORATE INSURANCE a/s/o/
NOBLE GIDA TICARET A.S.,

        Plaintiff,

    -against-

M/V TIAN DU FENG her engines, tackle, apparel, etc., *in rem*; CHINA SHIPPING INT'L SHIP MNG CO. LTD. *in personam*,

        Defendants.
------------------------------------------------------------X

NOW comes plaintiff, FORTIS CORPORATE INSURANCE, and submits in duplicate its

Disclosure Statement pursuant to F.R. Civ. P., Rule 7.1.

FORTIS CORPORATE INSURANCE is a publicly traded company.

Dated: New York, New York
      June 20, 2008
      228-35

                      CASEY & BARNETT, LLC
                      Attorneys for Plaintiff

                  By: _____
                      Christopher M. Schierloh (CS-6644)
                      317 Madison Avenue, 21st Floor
                      New York, NY 10017
                      (212) 286-0225